# LANKLER SIFFERT & WOHL LLP
### ATTORNEYS AT LAW

500 FIFTH AVENUE  
NEW YORK, N.Y. 10110-3398  
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399  
TELEFAX     (212) 764-3701

September 2, 2015

BY ECF

Honorable Colleen McMahon  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

  Re: *Edwin H. Yeo, III, et al., v. Kasowitz, Benson, Torres & Friedman LLP, et al.*,  
    No. 15 Civ. 6499 (CM) (RLE)

Dear Judge McMahon:

  This letter is submitted on behalf of Defendants Kasowitz, Benson, Torres & Friedman LLP and Aaron Marks, Esq. in the above-referenced matter to respectfully request an extension of time to file Defendants' response to Plaintiffs' Complaint. Defendant Kasowitz, Benson, Torres & Friedman LLP's response is currently due on September 10, 2015 and Defendant Aaron Marks's response is currently due on September 22, 2015. Defendants respectfully request that the Court extend and align the deadlines for Defendants to answer, move, or otherwise respond to the Complaint to October 8, 2015. The reason for this request is that this firm was retained only yesterday, and there are numerous holidays in September (Labor Day, Rosh Hashanah, and Yom Kippur).

  Specifically, Defendants respectfully request that the Court enter the following Text Only Order: "The deadline for Defendants to answer, move, or otherwise respond to the Complaint (D.E. 1) is extended to, and shall include, October 8, 2015."

  This is Defendants' first request for an extension of time. We have conferred with Plaintiffs' counsel, who has consented to this request. We do not anticipate that the requested extension will affect any other scheduled dates, and the parties expect to submit a proposed civil case management plan at least two business days prior to the scheduled initial conference on October 23, 2015.

              Respectfully submitted,

              John S. Siffert

cc: Andrew Lavoott Bluestone, Esq. (via ECF)