# LANKLER SIFFERT & WOHL LLP
### ATTORNEYS AT LAW

500 FIFTH AVENUE  
NEW YORK, N.Y. 10110-3398  
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399  
TELEFAX    (212) 764-3701

August 12, 2016

<u>BY ECF</u>

Honorable Colleen McMahon  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

      Re:   *Edwin H. Yeo, III, et al., v. Kasowitz, Benson, Torres & Friedman LLP, et al.*,  
             No. 15 Civ. 6499 (CM) (RLE)

Dear Chief Judge McMahon:

      Pursuant to our letter dated July 29, 2016, the parties are jointly writing to update the Court on our progress of the mediation before Michael D. Young, Esq. of JAMS.  We appreciate the Court's patience during the mediation and settlement process.  The parties and stakeholders have agreed on all the terms of the settlement.  Final settlement papers were circulated yesterday and we hope to have the documents fully executed in the next ten days.  The parties agree to report to the Court again by August 26, 2016.

                                  Respectfully submitted,

                                    John S. Siffert

cc:     Andrew Lavoott Bluestone, Esq. (via email)